IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHARAH CURRIER** § | | **CIVIL ACTION NO.** _____ |
| **Plaintiff,** § | | |
| § | | |
| **V.** § | | |
| § | | |
| **WAL-MART STORES TEXAS, LLC** § | | |
| **WAL-MART STORES, INC.,** § | | |
| **WAL-MART EAST INC. and** § | | |
| **QUALITY LICENSING CORP.** § | | |
| § | | |
| **Defendant.** § | | **NOTICE OF REMOVAL** |

### NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

Defendant WALMART STORES TEXAS, LLC, incorrectly sued as WAL-MART STORES TEXAS, LLC, WAL-MART STORES, INC., WAL-MART EAST INC. and QUALITY LICENSING CORP., pursuant to 28 U.S.C. §§1441 and 1332, provides notice of removal of this action styled *Sharah Currier v. Wal-Mart Stores Texas, LLC, Wal-Mart Stores, Inc., Wal-Mart East Inc., and Quality Licensing Corp.* Cause No. 200-78708, currently pending in the 61st Judicial District Court of Harris County, Texas, and in support thereof, respectfully shows unto this Court as follows:

1. Plaintiff Sharah Currier filed her Original Petition on December 9, 2020, claiming damages from a slip and fall. Plaintiff served each listed Defendant with the citation on December 11, 2020; therefore, this notice is timely under 28 U.S.C. § 1446(b).

2. Pursuant to 28 U.S.C. §1446 and the Local Rules of the United States District Court for the Southern District of Texas, attached are the following:

   a. All executed process in the case (Exhibit A);

    b.    Pleadings asserting causes of action and all answers to such pleadings (Exhibit B);

    c.    All orders signed by the state judge (none);

    d.    The docket sheet (none);

    e.    An index of matters being filed (Exhibit C);

    f.    A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit D).

These documents represent all that are presently available as required.

    4.    The District Courts of the United States have original jurisdiction over this action by reason of diversity of citizenship between the parties. 28 U.S.C. §1332. Plaintiff's Original Petition states that Plaintiff Sharah Currier is a resident of Harris County, Texas, and therefore she is a citizen of the state of Texas. Defendant Walmart Stores Texas, LLC., is a corporation incorporated under the laws of the State of Delaware with it is principle place of business in Bentonville, Arkansas, and thus is a citizen of the States of Delaware and Arkansas. Walmart Stores Texas, LLC. is not now, nor was it at the time this action was commenced, a citizen of the State of Texas.

The sole member of Walmart Stores Texas, LLC, is Walmart Real Estate Business Trust, a Delaware business trust with its principal place of business in Arkansas. The sole unit holder of Walmart Real Estate Business Trust is Walmart Property Co., a Delaware company with its principal place of business in Arkansas, which is a wholly owned subsidiary of Walmart Stores East, LP. Walmart Stores East, LP. is a Delaware limited partnership with its principal place of business in Arkansas, of which WSE Management, LLC. is the general partner, and WSE Investment, LLC, is the limited partner. WSE Management, LLC and WSE Investment, LLC are both Delaware limited liability companies with their principal places of business in Arkansas. The sole member of WSE Management, LLC, and WSE Investment, LLC, is Walmart Stores East, LLC (f/k/a Walmart Stores East, Inc.), a Delaware limited liability company with its principal

place of business in Arkansas, whose parent company is Walmart, Inc. Walmart, Inc., is incorporated in Delaware, with its principle place of business in Bentonville, Arkansas.

5. Plaintiff's Original Petition in the state court seeks damages between $200,000 and $1,000,000, and thus the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interests and costs.

6. Removal of this cause of action is proper under 28 U.S.C. §1441. It is a civil action brought in state court and the District Courts of the United States have original jurisdiction over this action under 28 U.S.C. §1332, since the plaintiff and the defendant are diverse in citizenship.

7. As required by 28 U.S.C. §1441, the 61st Judicial District Court of Harris County, Texas falls within the geographical purview of this Court, and thus, venue is proper in the United Stated District Court of the Southern District of Texas, Houston Division.

8. Written notice of the filing of this Notice of Removal is being promptly given to Plaintiff and a notice of Filing of Notice of Removal is promptly being filed with the 61st Judicial District Court of Harris County, Texas, as required by 28 U.S.C. §1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendants WAL-MART STORES TEXAS, LLC, WAL-MART STORES, INC., WAL-MART EAST INC. and QUALITY LICENSING CORP pray that the state action now pending in 61st Judicial District Court of Harris County, Texas, be removed to this Court, and for any further relief to which Defendant is justly entitled.

Respectfully submitted,
MEHAFFYWEBER, P.C.

By:/s/*Maryalyce W. Cox*
Maryalyce W. Cox
State Bar No. 24009203
One Allen Center
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone - (713) 655-1200
Telecopier - (713) 655-0222
maryalycecox@mehaffyweber.com

ATTORNEYS FOR DEFENDANT
WALMART STORES TEXAS, LLC

CERTIFICATE OF SERVICE

In addition to e-filing, this is to certify that a true and correct copy of the above and foregoing instrument has been forwarded by Certified Mail, return to receipt requested, to all counsel of record on this the 8th day of January, 2021 pursuant to both the Texas Rules of Civil Procedure and the Federal Rules of Civil Procedure. .

*Maryalyce W. Cox*
Maryalyce W. Cox