# **EXHIBIT A**

Receipt Number: 885690
Tracking Number: 73820106

EML
**COPY OF PLEADING PROVIDED BY PLT**

12/11 by CM

CAUSE NUMBER: 202078708

| PLAINTIFF: CURRIER, SHARAH | In the 061st Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: WAL-MART STORES TEXAS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: WAL-MART EAST INC MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 9, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 9, 2020.



Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CAROLINA SALGADO

Issued at request of:
Gibson, Jason A.
3701 KIRBY DRIVE, SUITE 101
HOUSTON, TX 77098-7700
713-650-1010

Bar Number: 24000606

Tracking Number: 73820106
EML

CAUSE NUMBER: 202078708

| PLAINTIFF: CURRIER, SHARAH | In the 061st |
| --- | --- |
| vs. | Judicial District Court |
| DEFENDANT: WAL-MART STORES TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____      _____
                               _____ of _____
County, Texas
_____        By: _____
              Affiant                                        Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 \_\_\_\_\_

_____
Notary Public

```
                                               Receipt Number: 885690
                                               Tracking Number: 73820105
EML
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202078708        12/11 by CM

| PLAINTIFF: CURRIER, SHARAH | In the 061st Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: WAL-MART STORES TEXAS LLC | Harris County, Texas |

## CITATION

THE STATE OF TEXAS
County of Harris

TO: WAL-MART STORES INC MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 9, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 9, 2020.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CAROLINA SALGADO

Issued at request of:
Gibson, Jason A.
3701 KIRBY DRIVE, SUITE 101
HOUSTON, TX 77098-7700
713-650-1010

Bar Number: 24000606

Tracking Number: 73820105
EML

CAUSE NUMBER: 202078708

| | |
|---|---|
| PLAINTIFF: CURRIER, SHARAH | In the 061st |
| vs. | Judicial District Court |
| DEFENDANT: WAL-MART STORES TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____
_____ of _____

County, Texas

_____ By: _____
     Affiant          Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

_____
Notary Public

```
                                          Receipt Number: 885690
                                          Tracking Number: 73820107
EML
COPY OF PLEADING PROVIDED BY PLT
```
                                          12/11 by CM

CAUSE NUMBER: 202078708

| | |
|---|---|
| PLAINTIFF: CURRIER, SHARAH | In the 061st Judicial |
| vs. | District Court of |
| DEFENDANT: WAL-MART STORES TEXAS LLC | Harris County, Texas |

## CITATION

THE STATE OF TEXAS
County of Harris

TO: QUALITY LICENSING CORP MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM

1999 BRYAN ST SUITE 900

DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 9, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 9, 2020.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CAROLINA SALGADO

Issued at request of:
Gibson, Jason A.
3701 KIRBY DRIVE, SUITE 101
HOUSTON, TX  77098-7700
713-650-1010

Bar Number: 24000606

Tracking Number: 73820107
EML

CAUSE NUMBER: 202078708

| PLAINTIFF: CURRIER, SHARAH | In the 061st |
| --- | --- |
| vs. | Judicial District Court |
| DEFENDANT: WAL-MART STORES TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____                                   _____
                                                    _____ of _____
County, Texas
                                          By:
_____                            _____
       Affiant                                             Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

                                                    _____
                                                         Notary Public

```
                                                 Receipt Number: 885690
                                                 Tracking Number: 73820103
EML
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202078708         12/11 by CM

| | |
|---|---|
| PLAINTIFF: CURRIER, SHARAH | In the 061st Judicial |
| vs. | District Court of |
| DEFENDANT: WAL-MART STORES TEXAS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: WAL-MART STORES TEXAS LLC MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
DALLAS TX 75201

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 9, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this December 9, 2020.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CAROLINA SALGADO

Issued at request of:
Gibson, Jason A.
3701 KIRBY DRIVE, SUITE 101
HOUSTON, TX 77098-7700
713-650-1010

Bar Number: 24000606

Tracking Number: 73820103
EML

CAUSE NUMBER: 202078708

| | |
|---|---|
| PLAINTIFF: CURRIER, SHARAH | In the 061st |
| vs. | Judicial District Court |
| DEFENDANT: WAL-MART STORES TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____

_____ of _____

County, Texas

_____  By: _____
Affiant                                     Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

_____
Notary Public